UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00143-RJC-DCK

| | |
|---|---|
| JOHN S. INMAN and MARILYN B. INMAN,<br><br>        Plaintiffs,<br><br>vs.<br><br>BIOMET, INC., et al.,<br><br>        Defendants. | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiffs' Motion for Attorney's Fees. (Doc. No. 37). This Court previously granted Plaintiffs' Motion to Remand and Motion for Costs and requested Plaintiffs file an affidavit or other evidence of their reasonable costs. (Doc. No. 36). Plaintiffs' filed an affidavit from their attorney, Steven C. Lawrence, and his billable hours related to the Motion to Remand and reply to Defendants' opposition. (Doc. Nos. 37-1, 37-2). Plaintiff's attorney billed 20.1 hours at his customary rate of $350.00 per hour for a total of $7,035.00, which this Court finds is reasonable.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion for Attorney's Fees, (Doc. No. 37), is **GRANTED**. The Court will award attorney's fees in the amount of $7,035.00.

The Clerk is directed to close this case.

Signed: September 20, 2021

Robert J. Conrad, Jr.
United States District Judge